FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1

| Case No.: | 25-40305-MXM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | MUSSELMAN, CLAYTON MICHAEL AND MUSSELMAN, SARAH ASHLEY | Date Filed (f) or Converted (c): | 01/28/2025 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 03/05/2025 |
| | | Claims Bar Date: | 12/22/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | |
|---|---|---|---|---|---|
| 1 | REAL ESTATE - HOMESTEAD | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Lot: 9, Blk: 33, Subd: WALSH RANCH-QUAIL VALLEY, PC  E-488 2429 Longspur Drive Aledo, TX , Parker County 76008 | | | | |
| 2 | VEHICLES | $27,600.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 2020 Land Rover Discovery Mileage: 48,300 Other Information: Source of Value: NADA Valued by NADA  VIN: SALRU2RV2L2425212 | | | | |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | $2,700.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Items held in hanger at the Parker County Airport- Outdoor furniutre, yearbooks, pictures, children's clothing, children's toys, holiday decorations, Christmas tree, rugs, chairs, bookshelf, high chair, and baby toys Washer and Dryer, Refrigerator, Espresso Machine, Couch, Kitchen Table, Chairs, Barstools, Bed with Mattress, 2 Nightstands, Dresser, 2 Desk, Computer Chair, Kids bed with mattress, 1 Kid nightstand and dresser, Kids Crib, Kid Dresser, Bookshelf, 5 rugs, Console Table, Side Table, Linens, Bedding, Towels, Lamps, Kitchenware, Kitchenaid Mixer, Air Fryer, Toaster, Pictures, File cabinet, Mirrors, and Housewares | | | | |
| 4 | ELECTRONICS | $1,250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 2 Samsung televisions, Xbox with controllers, 2 Laptops, 2 Computer Screens, iPad, 2 iPhones, 1 Apple Watch, 2 Sonos Soundbars and Subwoofers, 2 Sonos Speakers, 2 Printers, Dyson Vacuum, Baby Monitor, Hatch, Google Speaker | | | | |
| 5 | COLLECTIBLES | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Minimal value prints, housewares, and books | | | | |
| 6 | SPORT AND HOBBY EQUIPMENT | $850.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Treadmill, Stationary Bike, Weights, 2 Outdoor Bikes, Scooter, Basketballs, Soccer Balls, Footballs, Kids Baseball Bat, Golf Clubs, Remote Control Cars | | | | |
| 7 | FIREARMS | $375.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Glock Pistol With Ammo | | | | |
| 8 | CLOTHES | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Clothing, Coats, Shoes/Boots/Sandals, Accessories, Handbags, Formal Wear, Kids Clothes, Kids Shoes | | | | |
| 9 | JEWELRY | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Mens Wedding Band, Womens Wedding Band, Necklaces, Bracelets, Earrings, Minimal value Watch, and Costume Jewelry | | | | |
| 10 | OTHER PERSONAL ITEMS | $300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Tool Bench With Tools, Kids Toys, Kids Books, Blow Dryer, Straightener, Makeup, Skincare, Hygiene Products, Kids Activity Items | | | | |
| 11 | DEPOSITS OF MONEY | $2,745.01 | $0.00 | | $0.00 | $2,745.01 |
| Asset Notes: | 17.1. Checking account: Ally Bank Account Number: 2259 $327.32 17.2. Checking account: Bank Of America Account Number: 0841 $14.00 17.3. Checking account: Bank Of America Account Number: 6294 $0.00 17.4. Checking account: Capital One Account Number: 1902 $0.00 17.5. Checking account: Chase Bank Account Number: 3989 $2,308.77 17.6. Checking account: First Bank Account Number: 2266 $85.00 17.7. Checking account: Sofi Bank Account Number: 2386 $0.00 17.8. Savings account: Ally Bank Account Number: 2249 $0.11 17.9. Savings account: Sofi Bank Account Number: 2884 $0.00 17.10. Other financial account: Charles Schwab Account Number: 3927 $7.90 17.11. Other financial account: Charles Schwab Account Number: 2968 $1.91 17.12. Other financial account: Charles Schwab Account Number: 7196 $0.00 17.13. Other financial account: Cash Account 1 $0.00 17.14. Other financial account: Paypal Account 1 $0.00 17.15. Other financial account: Venmo Account 1 $0.00 17.16. Other financial account: Venmo Account | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2

| | | |
|---|---|---|
| Case No.: | 25-40305-MXM | |
| Case Name: | MUSSELMAN, CLAYTON MICHAEL AND MUSSELMAN, SARAH ASHLEY | |
| For the Period Ending: | 12/31/2025 | |

| | |
|---|---|
| Trustee Name: | John Dee Spicer |
| Date Filed (f) or Converted (c): | 01/28/2025 (f) |
| §341(a) Meeting Date: | 03/05/2025 |
| Claims Bar Date: | 12/22/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12 | NON-PUBLICLY TRADED BUSINESSES | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | CMM Capital Group LLC 100.00% $0.00 CMM Capital LLC 100.00% $0.00 CMM Petroleum LLC 100.00% $0.00 ETX Enterprises LLC 50.00% $0.00 ETX Industries LLC 50.00% $0.00 Flux Consulting Group LLC 50.00% $0.00 Global Co Pak LLC 0.00% $0.00 Hemp Integrations LLC 0.00% $0.00 MüVr LLC 25.00% $0.00 Unity Hemp Labs LLC 50.00% $0.00 | | | | | |
| 13 | SECURITY DEPOSITS | $3,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Prepaid rent: Re/Max Achievers-home lease | | | | | |
| 14 | INTERESTS IN INSURANCE POLICIES | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Allstate-vehicle insurance | | | | | |
| 15 | CLAIMS AGAINST THIRD PARTIES | Unknown | $0.00 | | $0.00 | $1,000.00 |
| **Asset Notes:** | Judgment in Cause No. 348-31124-19 in 2021. Collection is unlikely. The Debtor scheduled the value as "unknown". The value of $1,000.00 is a placeholder. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | | | | |
| | $41,820.01 | $0.00 | | $0.00 | $3,745.01 |

**Major Activities affecting case closing:**

12/31/2025   [Semi-Annual Report]

The Trustee has requested, but has not been provided, the 2024 and 2025 (through date of petition) bank statements from the debtor.

Claims in the approximate amount of $4,000,000.00 have been filed in the case.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 03/31/2027 | Current Projected Date Of Final Report (TFR): | /s/ JOHN DEE SPICER |
| | | | JOHN DEE SPICER |